USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joseph Guguielmo,

        Plaintiff,

    –v–

Collette Travel Service, Inc.,

        Defendant.

20-cv-2454 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    According to the affidavit of service filed on April 30, 2020, Defendant's answer or other response to the Complaint for was due on or before either April 16, 2020. Dkt. No. 6. As of this date, the Court is not in receipt of answers from Defendant.

    Within two weeks of the date of this order, Plaintiffs shall seek a certificate of default and move for default judgment against Defendant, pursuant to this Court's Individual Practices in Civil Cases, or file a status update with the Court explaining why a motion for default judgment should not be filed at this time. Plaintiff is on notice that failure to do so by this date may result in his claims being dismissed with prejudice for failure to prosecute. *See United States ex rel. Drake v. Norden Systems*, 375 F.3d 248, 250 (2d Cir. 2004) (noting "a district judge's authority to dismiss actions based on a plaintiff's failure to prosecute").

    Additionally, Plaintiff must serve this order on Defendant and file an affidavit of service on ECF by June 17, 2020.

    SO ORDERED.

1

Dated: June 10, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge