**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JOSEPH GUGLIELMO, on behalf of himself and
all others similarly situated,
                      Plaintiff,

       -against-                                     20 **CIVIL** 2454 (AJN)

                                                           **JUDGMENT**

COLLETTE TRAVEL SERVICE, INC.
                      Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memo-Endorsed Order dated July 15, 2020, that the above entitled action against Defendant shall be and hereby is hereby dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and judgment of dismissal with prejudice is entered in the above action pursuant hereto.

**Dated:**  New York, New York
            July 16, 2020

                                                      **RUBY J. KRAJICK**
                                                  _____
                                                        Clerk of Court
                                      **BY:**
                                                             Deputy Clerk